IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:14cv130

| | | |
|---|---|---|
| JOY FELTON and BRITTANY N. MACE, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) ) | ORDER |
| J. IVERSON RIDDLE DEVLOPMENT CENTER, et al., | ) ) ) | |
| Defendants. | ) ) | |

Pending before the Court is the Motion to Dismiss [# 7]. Defendants move to dismiss the Complaint. On August 25, 2014, Plaintiffs filed an Amended Complaint. The filing of an amended pleading supersedes the original pleading and renders it void of any legal function in the case. Young v. City of Mount Ranier, 238 F.3d 567, 572 (4th Cir. 2001). Accordingly, the Court **DENIES as moot** the Motion to Dismiss [# 7].

Signed: August 28, 2014

Dennis L. Howell
United States Magistrate Judge

1